UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DAMIEN A. SUBLETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 20-182-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LIEUTENANT KENNER, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Damien Sublett's Complaint [Record No. 1] is **DISMISSED** without prejudice.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: February 25, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky